**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MICHAEL CARVELLI, | CIVIL ACTION |
| Plaintiff, | No. 23-2105 |
| v. | Judge Wiegand |
| JIM SHORKEY AUTO GROUP, | |
| Defendant. | JURY TRIAL DEMANDED |

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Michael Carvelli, and Defendant, Jim Shorkey Auto Group, that the above-captioned action is voluntarily dismissed, with prejudice, and with each party to bear its own costs and attorneys' fees, pursuant to Fed. R. Ci v. P. 41(a)(1)(A)(ii).

Dated: June 17, 2024                                        Respectfully submitted,

/s/ *John E. Black, III*                                        /s/ *Sunshine R. Fellows*

John E. Black, III                                              Sunshine R. Fellows
Pa.I.D. No. 83727                                            Pa.I.D. No. 87632
Edgar Snyder & Associates                            Paul Shane Miller
U.S. Steel Tower, 10th Floor                          Pa.I.D. No. 319174
600 Grant Street                                            Freeman, Mathis & Gary, LLP
Pittsburgh, PA 15219                                     2009 Mackenzie Way, Suite 100
(412) 394-4446                                              Cranberry Township, PA 16066
jblack@edgarsnyder.com                              (412) 752-6100
                                                                      sunshine.fellows@fmglaw.com
                                                                      shane.miller@fmglaw.com
Counsel for Plaintiff

                                                                      Counsel for Defendant